THE STATE OF OHIO, APPELLEE, *v.* SUNNYCALB, APPELLANT.

[Cite as *State v. Sunnycalb* (1998), 84 Ohio St.3d 26.]

(No. 98–483—Submitted October 13, 1998—Decided November 25, 1998.)

*John F. Holcomb,* Butler County Prosecuting Attorney, *Daniel G. Eichel* and *Daniel J. Gattermeyer,* Assistant Prosecuting Attorneys, for appellee.

*Jeffrey L. Sunnycalb, pro se.*

The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.